# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KEVIN DUKES

NO. 2023 KW 0997

**JANUARY 18, 2024**

---

In Re:     Kevin Dukes, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 01-19-491.

---

**BEFORE:     GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.**

> JMG
> WRC
> **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT